UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA L TARNEJA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>　　　　Defendant. | Case No. 23-cv-02005-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 8, 2023. Having considered the parties' proposal, *see* Dkt. No. 20, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 6, 2023 |
| Close of Fact Discovery | October 27, 2023 |
| Parties' Opening Rule 52 Cross-Motions | March 1, 2024 |
| Parties' Opposition Briefs | March 22, 2024 |
| Rule 52 Motion Hearing/ Bench Trial | April 5, 2024, at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  8/10/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge