# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

REBECCA L. TARNEJA

Plaintiff(s)

v.

UNUM LIFE INSURANCE CO.

Defendant(s)

CASE No C  23-cv-02005-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)

    Private mediator, most likely a neutral with JAMS, Inc.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑ other requested deadline:  December 15, 2023

Date: August 15, 2023

Date: August  15, 2023

/s/ Brent Dorian Brehm

Attorney for Plaintiff  Brent Dorian Brehm

/s/ Robert E. Hess

Attorney for Defendant  Robert E. Hess

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  8/16/2023

*Haywood S. Gill, Jr.*

U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019